IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT ARNOLD,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>MERCYHURST UNIVERSITY,<br>　　　　Defendant. | :<br>:<br>:　CIVIL ACTION NO. 1:24-cv-00177-SPB<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

The Plaintiff and Defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint and this Action are DISMISSED WITH PREJUDICE, without any award of fees and costs by the Court.

| Attorneys for Plaintiff | Attorney for Defendant |
|---|---|
| By: */S/ Eric F. Long*<br>Eric F. Long, Esquire<br>Attorney I.D.# 0093197 (Pro Hac Vice)<br>**Friedman Nemecek Long & Grant, LLC**<br>The IMG Center<br>1360 E. 9th Street, Suite 650<br>Cleveland, OH 44114<br>(216) 928-7700<br>efl@fanlegal.com | By: */s/ Tracy A. Walsh*<br>Tracy A. Walsh, Esquire<br>Attorney I.D.#62481<br>**Weber Gallagher Simpson Stapleton**<br>**Stapleton Fires & Newby LLP**<br>2000 Market Street, Suite 1300<br>Philadelphia, PA 19103<br>(215) 825-7224<br>twalsh@wglaw.com |
| Dated: April 23, 2025 | Dated: April 21, 2025 |

**ORDER**

**AND NOW**, this 28th day of April, 2025, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

_Susan Paradise Baxter_
　　　　　　　　　　　J.